UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEROME ROGERS | CIVIL ACTION |
| VERSUS | NO. 05-1693 |
| OFFICER THOMAS MUSHINSKY, ET AL | SECTION "A"(1) |

### ORDER

This Court has considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objections thereto. This Court finds Petitioner's objections without merit and, therefore, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

ACCORDINGLY,

**IT IS ORDERED** that Plaintiff's claims against the Hammond Fire Department and the Hammond Police Department Internal Affairs Division are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that the Plaintiff's remaining claims against the remaining defendants for false arrest, false imprisonment, and excessive force are **DISMISSED WITH PREJUDICE**, as the *Heck* conditions have not been met. However, this order shall not

preclude Plaintiff from asserting such claims if the *Heck* conditions are satisfied in the future.

New Orleans, Louisiana, this 16th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE